

**FILED**
APR 16 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '08 MJ 8327 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Ramon BARRERA-Cossio, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about April 15, 2008, within the Southern District of California, defendant Ramon BARRERA-Cossio did knowingly and intentionally import approximately 41.38 kilograms (91.03 pounds) of marijuana a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
Immigration and Customs
Enforcement

SWORN TO ME BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 16TH DAY OF APRIL 2008.

_____
Peter C Lewis
U.S. MAGISTRATE JUDGE

**UNITED STATES OF AMERICA**
**v.**
**Ramon BARRERA-Cossio**

## STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to US Immigration and Customs Enforcement Special Agent Behm.

On April 15, 2008, at approximately 1516 hours, Ramon BARRERA-Cossio entered the United States at the Calexico, California, West, Port of Entry. BARRERA was the driver, registered owner, and sole occupant of a 1998 Ford F-150 pickup. At primary inspection, U.S. Customs and Border Protection Senior Patrol Agent M. Aguilar was conducting a pre-primary roving operation with his narcotic detector dog. The narcotic detector dog alerted to the spare tire of the truck. The canine officer notified Customs and Border Protection Officer (CBPO) R. Favela of the alert.

A subsequent inspection of the vehicle revealed several packages inside the spare tire, tailgate and bed walls. One of the packages was probed by CBPO L. Hochhalter and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The packages had a combined net weight of approximately 41.38 kilograms (91.03 pounds).

BARRERA was placed under arrest and advised of his Miranda Rights, by Immigration and Customs Enforcement Special Agent Behm which he acknowledged and waived. BARRERA admitted knowledge of the marijuana in the vehicle. BARRERA stated that he was to be paid $1000.00 to smuggle the marijuana laden vehicle into the US.